**Valerie A. VANCE, Appellant,**

v.

**Larea Annette GRIGGS, et al., Respondents.**

**WD 78794**

Missouri Court of Appeals, Western District.

ORDER FILED: October 4, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied November 1, 2016

Valerie Vance, Independence, MO, Appellant Acting Pro Se

Steven Streen, Kansas City, MO, Counsel for Respondents

Before Division One: Anthony Rex Gabbert, P.J., Thomas H. Newton, and Alok Ahuja, JJ.

**ORDER**

Per Curiam:

Ms. Valerie A. Vance, proceeding *pro se*, appeals the judgment sustaining the Defendants' motion for directed verdict at the close of Plaintiff's evidence during a jury trial on her claim for breach of contract arising from the dissolution of a law practice.

For reasons stated in the memorandum provided to the parties, the judgment of the trial court is affirmed. Rule 84.16(b).